## IN THE SUPREME COURT OF THE STATE OF NEVADA

WASHOE COUNTY; AND CANNON COCHRAN MANAGEMENT SERVICES, INC.,

Appellants,

vs.

GREGORY SAWYER,

Respondent.

No. 77980

**FILED**

JUL 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Egan K. Walker, District Judge
David Wasick, Settlement Judge
McDonald Carano LLP/Reno
Nevada Attorney for Injured Workers/Carson City
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-29258